EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 1 2003

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 00-00187-10 HG |
| Plaintiff, | ) UNITED STATES' MOTION TO DISMISS |
| | ) FIRST SUPERSEDING INDICTMENT |
| vs. | ) AS TO DEFENDANT #10 ONLY; ORDER |
| HERBERT LNU,        (10), | ) |
| Defendant. | ) |

<u>UNITED STATES' MOTION TO DISMISS
FIRST SUPERSEDING INDICTMENT
AS TO DEFENDANT #10 ONLY</u>

The United States moves this Court to dismiss the First Superseding Indictment as to defendant HERBERT LNU (defendant #10) only.  The United States has been unable to further identify defendant #10 despite the information of several cooperating defendants.  The United States also seeks to recall the arrest warrant for HERBERT LNU.

DATED: August 7, 2003, at Honolulu, Hawaii

                        EDWARD H. KUBO, JR.
                        United States Attorney
                        District of Hawaii

By _____
    THOMAS MUEHLECK
    Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00187-10 HG |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| HERBERT LNU, (10),) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

Considering the motion of the United States, the First Superseding Indictment as to HERBERT LNU, Defendant #10 only, is hereby DISMISSED. The warrant for the arrest of HERBERT LNU is RECALLED.

AUG 1 1 2003

SO ORDERED this ____ day of August 2003, at Honolulu, California.

HELEN GILLMOR
_____
UNITED STATES DISTRICT JUDGE